All right, guys, there's three more scenarios, and those three are the simple factors that are applied to this particular problem, and the three that you referred to would be the anecdotes and scenarios that you can interpret for revenue. So, our goal is to figure out the first key issue, and we want to find out if there's a remarkable strategy that we have in advance. So, we want to see the three, let's see the three, and let's see the reason where everyone is square, and there's some sort of character in what is the performance. What is the estimate for the average or the average contrast or what is the value? And I could, maybe I can ask a little bit more questions. So, it seems to me your argument here is that because the statute of limitations is not around, you can't be subject to leverage. Is that correct? Certainly, we can sometimes ask, you know, such and as a broad question. Oh, yes, yes. It's a broad question. We have a situation where the statute of limitations does not do that in the United States. We're not too right to sue them and we're not too right to sue them. So, what do you consider and what do you want to change? Can we do that? We're not too right to sue the person who is under source of the process. In this case, they decided, or he's on board, or he's doing anything, or he's verified, or he's also doing the same thing, he's one of those consummatory and he is sued in this case. There must be some sort of notice that the courts, this court, can engage in what would receive in marriage or legal investigation and then receive the right to supervise their situation to a court. And it's, again, going back to this idea that if the statute of limitations can run without having anything to do with compliance that you can find, even though you don't follow the statute of limitations, and you can, for example, follow the statute of limitations as long as you follow the charter of non-compliance, it can actually be an issue even though the statute of limitations carries with it. As far as the issues and penalties, there are a lot of issues that are put on the side of justice in some cases. So, in this instance, how can the statute of limitations carry into compliance? Part of the issue is why would we have a system that runs much in the name of non-compliance? Because that's how it was started and it converts by law and how close are the statute of limitations to non-compliance? Well, that's a great question, and I'm pretty serious about it. This is the final statute in 30 days. So, I think it's very similar to some of the other statutes. We can argue whether which one did apply to Nevada, and that might be in the statute you were interested in, rather than the statute you were interested in. It might be applicable, but if the statute doesn't matter, then, I guess what we have to say is did you file within three school time and then were able to you got a letter from your party. So, what's the letter from NERC? You admit that NERC delayed your claim to Nevada Merit until February 2009. I think it was July, February 2009, and then I announced February 2009. Right? That's right. And so, now we're to February 2009, and you said it was July of 2010, right? Which means about a month after the termination date. I don't know if I'm talking about the termination date, but I'm talking about when you and NERC relieved your claim to Nevada Merit before 2009. The statute is very uncomplimentary, because we're talking about when their classifier is done. You didn't file until July the 2nd of 2010, so that means from February 2009 to July 2010, you're talking about this. Well, I don't know what you're talking about. I don't have anything information, so you're claiming anything. Did you ever tell me why you didn't bring your claim to Nevada Merit? Is that in the records? It's not in the records, but it is about that. So, at this point, I will say, okay, but I just want to get another view, but I just can't talk about that, because I'm not going to tell you, so there's no reason for that. It's not interesting, but it's not standard. The standard is that the district court has at least a scratchy standard for determining whether the total is reasonable or not. And really, I would disagree with that standard. The district court has the discretion to determine whether that standard was the determination of the agent that was investigated recently. So, like, if you can get an office to do primary investigations in the district court of Nevada Merit, for example, there were three already so precious that the investigators were there for three years. Well, the total defense was between the investigators and the investigators that were involved in the crime, especially. Yeah, I do not know. I'm sorry. But people stated that they had investigators follow their investigative responses earlier in LA, which I have to tell you about, but also I'll tell you about after the first reaction. I mean, this matters to them twice. I think we're going over a lot of recent errors. The first one, I think I said it wrong, though, is that people can question themselves, and it's a very personal decision. It's a very personal opinion, and it's very strange for there to be a lot of people who either retired before this was determined or after this response was made. And then there's this notion that it was a personal file, so maybe I don't know if you were saying there was anything that was a personal file that was determined on your end. So, there's a notation that it's before it was received that somebody gave it to our lawyer. It was a phone call, at least. Turned out to be a phone call. Mr. Davidson, did you have a case that you were interested to investigate, and did you see what they were saying or not? And did he give it to us, too, to also see if it had been identified by him? There's a good notation that he gave it to us. But there were a large number of notes that he had to come and call us. So, why, is there any reason to think that there was any reason to think that it was a personal file? It was not. It was not. It was not a personal file. It was not a personal file. It was not a personal file. It was not a personal file. The theory was that the file was something called speculative. And we're assuming that the letters were outside of the written date time during the court hearing. But we also have a lot of information about the location of the letters. What information? Everything was discussed at the table. We discussed everything while using all the systems to do this. So, your last talk is about including the time when you were taking care of the letters and the location of the letters. Yes, that's right. That's right. I don't think you even argued that you didn't file in the 90 days from the third quarter. You didn't have the right to sue. I don't think you argued that you didn't file in the 90 days because of federal statute and because of your country's rights. But you don't file in the 90 days and you don't sue because you don't have the right to sue. You don't have the right to sue because you didn't document the file that you used to know that the EEOC did not file. Yes, but was EEOC supposed to document your rights? I have talked about the letters. I think a lot of these letters are similar to the EEOC's documents. The EEOC files with your birth and post-natal status are sensitive to a case for a misdemeanor. They don't document this when you're on some principle call to gather information. And then, the EEOC files are a process. The EEOC investigation and the EEOC investigation are two spheres. The EEOC is everywhere. It's on the traffic and it can be hard. The problem that you have here is that it can be a matter because it seems like it's so sensitive. Because the matter seems to be an exercise to know if it should be part of this document or not. But before the date on the EEOC, it shows that it should be part of this document. But this one, EEOC doesn't do that. It's not supposed to exist in this document. It shouldn't be in the EEOC documents or in the EEOC documents. It's in a document and it's supposed to be in the EEOC documents. So, if it's in the EEOC, that's why I said that it doesn't need to be in the EEOC documents. Okay. So, I don't recall that it's also in the EEOC. I don't recall. That's why I said that it doesn't need to be in the EEOC documents. I don't think that EEOC is going to charge for something that's not in the EEOC documents. No, it's not going to charge for anything. It's not going to charge for anything. It's going to charge for the information that's already in there. It's not going to charge for anything. The EEOC does not charge for anything. But, you know, I'm going to give you a brief description. So, the EEOC  It's going to charge for the information that's already in there. It's not going to charge  It's going to charge for the information that's already in there. And so, the EEOC is going to charge for the information that's already in there. And so, here's the presentation for this. So, the EEOC is going to charge for the information that's already in there. And so, here's the presentation for this. So, the EEOC is going to change the informations that's already out there. So,          of system that's going to make those decisions and make sure that we have some sort of system that's not   the data that's already out there. So, I'm going to talk about a video series called   2018. Select ด ม ?? It really is.
judges: Berzon, N.R. Smith, Zouhary